**COLSON & HARRIS** LLP

10 East 40th Street
Suite 3307
New York, NY 10016

T  212-257-6455
F  212-257-6453

August 31, 2010

By ECF

Honorable James Orenstein
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

     Re:    *U.S. v. Hung Danh, 10 mj. 994*

Dear Judge Orenstein:

     Mr. Danh was arraigned before Your Honor on August 28, 2010, and released on a $50,000 bond with various conditions, including that he turn over his expired passport to the Pretrial Services Agency in Worcester, Massachusetts and that his parents sign the bond. Mr. Danh's parents signed the bond yesterday. Mr. Danh, however, is unable to locate his passport. I have notified AUSA Liz Geddes and Pretrial Services Office Amina Ali that Mr. Danh will continue to look for the passport and, if/when he finds it, he will turn it in right away.

     Thank you for your attention to this matter.

                              Very truly yours,

                              /s/

                              Deborah Colson

cc:   Pretrial Services Officer Amina Ali
       AUSA Elizabeth Geddes

816